IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY GREEN, et al.<br>Individually and on behalf<br>of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>WASTE MANAGEMENT OF TEXAS, INC.<br><br>*Defendant.* | § § § § § § § § § § § | Civil Action No. 4:18-cv-01841<br><br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff LARRY GREEN individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICES OF CONSENT

1. Richard Arnold
2. Horace Bay
3. Darryl Benjamin
4. Phillip Best
5. Daniel Castillo, Jr.
6. Derrick Castex
7. Terence Crayton
8. Emmett V. Green
9. Phillip P. Harmon
10. Jose Hernandez
11. Timothy W. Hiatt
12. David M. Johnson
13. Jason L. Lam
14. Jeffery Martin
15. Corey Martinez
16. Victor Martinez
17. Stanley Mennsfield
18. Ashton Parker
19. Richard G. Peraza
20. Fernando Ramos
21. Enrique Rios
22. Derek Talley
23. Dwight Townsend
24. Andre D. Williams

Date: December 11, 2018   Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Federal I.D. No. 3101064
Texas Bar No. 24101879
carter@a2xlaw.com
**George Schimmel**
Federal I.D. No. 2338068
Texas Bar No. 24033039
geordie@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**Attorneys in Charge for Plaintiff and the Putative Class Members**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander