IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY GREEN, et al.<br>Individually and on behalf<br>of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>WASTE MANAGEMENT OF TEXAS, INC.<br><br>*Defendant.* | § § § § § § § § § § § | Civil Action No. 4:18-cv-01841<br><br><br><br>JURY TRIAL DEMANDED<br><br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff LARRY GREEN individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICES OF CONSENT

1. Miguel Aceves
2. Karia Adams
3. Carlos Adger
4. Leroy Bergeron
5. Jesus Corona
6. Michael Culbertson
7. Lemuel Davidson
8. Aaron Goodman
9. Juan Gutierrez
10. Hector Guzman
11. Martin Hernandez
12. Gerald Horton
13. Robert Johnson
14. Keith Larkins Jr
15. Chadwick B. Lipsey
16. John Manhard
17. Christopher McDonald
18. Mark Cole Mitchell
19. Derrick J. Roberts
20. Jorge Rodriguez
21. Troy Rozier
22. Richard C. Simmons
23. Erick Thomas
24. Frank Uylett
25. Jerry L. Wade
26. Katorian Walker
27. Brian J. Ware, Sr.
28. Tameisha Whitaker
29. Andre Williams
30. Kenneth Williams
31. Jerald Wyatt
32. Noe Zavala

Date: January 30, 2019    Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:     /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Federal I.D. No. 3101064
Texas Bar No. 24101879
carter@a2xlaw.com
**George Schimmel**
Federal I.D. No. 2338068
Texas Bar No. 24033039
geordie@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**Attorneys in Charge for Plaintiff and the Putative Class Members**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander