UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY GREEN, *et al.*,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WASTE MANAGEMENT OF TEXAS, INC.<br><br>*Defendant.* | § Civil Action No. 4:18-cv-01841<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§ COLLECTIVE ACTION<br>§ PURSUANT TO 29 U.S.C. § 216(b)<br>§<br>§ CLASS ACTION PURSUANT TO<br>§ FED. R. CIV. P. 23 |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE CONFIDENTIAL SETTLEMENT AGREEMENT AND STIPULATION OF <u>DISMISSAL WITH PREJUDICE</u>

Pending before this Court is the Parties' Joint Motion for Approval of the Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice. Having reviewed and considered the terms of the Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice, the pleadings in these cases, and the issues presented therein, and for good cause shown, the Court approves the Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice attached as "Exhibit A", filed under seal, and, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court hereby asserts jurisdiction over the claims and Parties in the action titled *Larry Green, et al. v. Waste Management of Texas, Inc.*, Case No. 4:18-cv-01841, in the United States District Court for the Southern District of Texas—Houston Division (the "Lawsuit"), and the implementation and administration of the Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice;

2. The Court hereby grants the joint motion for approval and approves the Parties' Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice, filed as Exhibit A under seal (or as the same may be modified by subsequent mutual agreement, in writing, of the Parties). The Court finds that the terms of the

Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice are fair, reasonable, and adequate to all Plaintiffs, and directs consummation of its terms and provisions;

3. The Court finds that the settlement followed extensive, hard-fought litigation regarding bona fide disputes related to compensation owed under the Fair Labor Standards Act ("FLSA"), and was the result of vigorous arms'-length settlement negotiations. During the entire process, Plaintiffs and Defendant were represented by counsel experienced in wage and hour law. Accordingly, the Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice resolves a clear and actual bona fide dispute under circumstances supporting a finding that is fair and reasonable;

4. The Court hereby appoints Larry Green as Representative Plaintiff for the Lawsuit who, collectively and together with counsel for Plaintiffs, shall be authorized to act on behalf of Plaintiff and Opt-In Plaintiffs with respect to the Confidential Settlement Agreement and Stipulation of Dismissal with Prejudice;

5. The Court hereby enters judgment and dismisses the Lawsuit on the merits and with prejudice.

6. The Court hereby retains jurisdiction over these actions and the Parties to administer, supervise, interpret, and enforce the Confidential Settlement Agreement and this Order.

Signed on this 31 day of January, 2020.

_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE